IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOE SHIELDS                              )
                                         )
             Plaintiff                   )
                                         )
    vs.                                  )
                                         ) CIVIL ACTION No. 4:13-cv-02426
SEARS,  ROEBUCK  AND  COMPANY,           )
HOME  IMPROVEMENT  LEADS  INC.,          )
DIRECT ENERGY US HOME SERVICES           )
INC. D/B/A HALLMARK ONE HOUR             )
AIR CONDITIONING & HEATING AND           )
AIR SPECIALIST HEATING AND AIR           )
CONDITIONING COMPANY INC.                )
                                         )
          Defendants                     ) JURY TRIAL REQUESTED

## MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANT DIRECT ENERGY US HOME SERVICES INC.

Comes now Plaintiff Joe Shields and files this Motion to Dismiss with Prejudice the Defendant Direct Energy US Home Services Inc. d/b/a Hallmark One Hour Air Conditioning & Heating (hereinafter "Direct Energy"). Plaintiff would respectfully show as follows:

Direct Energy has not filed an answer and Plaintiff and Direct Energy have settled their differences in the matter. Therefore, Plaintiff respectfully requests that the Court dismiss with prejudice the Defendant Direct Energy only from Plaintiff's civil action currently pending before the court.

Respectfully submitted,

Joe Shields
Plaintiff Pro Per
16822 Stardale Lane
Friendswood, Texas 77546
Home: 281-482-7603
Email: antitelemarketer@sbcglobal.net