IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE SHIELDS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION No. 4:13-cv-02426 |
| SEARS, ROEBUCK AND COMPANY, ) | |
| HOME IMPROVEMENT LEADS INC., ) | |
| DIRECT ENERGY US HOME SERVICES ) | |
| INC. D/B/A HALLMARK ONE HOUR ) | |
| AIR CONDITIONING & HEATING AND ) | |
| AIR SPECIALIST HEATING AND AIR ) | |
| CONDITIONING COMPANY INC. ) | |
| ) | |
| Defendants ) | JURY TRIAL REQUESTED |

## **PROPOSED ORDER DISMISSING WITH PREJUDICE DEFENDANT DIRECT ENERGY US HOME SERVICES INC.**

THIS MATTER came before the undersigned Judge on the 8th, day of October, 2013 for consideration on Plaintiff's Motion to Dismiss with Prejudice the Defendant Direct Energy US Home Services Inc. d/b/a Hallmark One Hour Air Conditioning & Heating (hereinafter "Direct Energy") in the above styled and captioned matter currently pending before this court.

Having considered the Motion of the Plaintiff, this Court finds and concludes that the Motion should be GRANTED.

Therefore, Plaintiff's Motion to Dismiss with Prejudice Direct Energy only from Plaintiff's civil claim is hereby GRANTED with each party to bear its own costs.

*Signed Oct 8, 2013*

*/s/ Vanessa Gilmore*
_____
The Honorable Judge Vanessa D. Gilmore