# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| Joe Shields | § |
| | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 4:13-cv-02426 |
| | § |
| Sears Roebuck and Company, et al. | § |
| | § |
| Defendants. | § |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the parties' joint stipulation of dismissal with prejudice, the Court ORDERS the case dismissed with prejudice as to Defendant Air Specialist Heating and Air Conditioning Company, Inc. only, with each party to bear its own costs of court.

SIGNED on Oct. 11, 2013.

_____
U.S. DISTRICT JUDGE