IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE SHIELDS<br><br>　　　　Plaintiff,<br>vs.<br><br>SEARS, ROEBUCK AND COMPANY,<br>HOME IMPROVEMENT LEADS INC.,<br>DIRECT ENERGY US HOME SERVICES<br>INC. D/B/A HALLMARK ONE HOUR AIR<br>CONDITIONING & HEATING AND AIR<br>SPECIALIST HEATING AND AIR<br>CONDITIONING COMPANY INC.,<br><br>　　　　Defendants. | Case No.: 4:13 CV 2426<br><br>ACTION FILED: August 19, 2013<br><br>**DEMAND FOR JURY TRIAL** |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

After considering Plaintiff Joe Shields and Defendants Home Improvement Leads, Inc. and Sears, Roebuck and Company's Joint Stipulation of Dismissal with Prejudice, the Court ORDERS this case be dismissed with Prejudice as to Defendants Home Improvement Leads, Inc. and Sears, Roebuck and Company, with each party to bear its own costs.

SIGNED on this the 15th day of NW., 2013.

_____
Judge Vanessa D. Gilmore
United States District Court Judge

1091458/17249092v.1